Darnell M. CLEATON, Petitioner-
Appellant,

v.

Harold CLARKE, Director; B. W.
Booker, Warden of Green Rock,
Respondents-Appellees,

and

Unknown, Respondent.

No. 16-7296

United States Court of Appeals,
Fourth Circuit.

Submitted: February 23, 2017

Decided: February 27, 2017

Darnell M. Cleaton, Appellant Pro Se.
Virginia Bidwell Theisen, Senior Assistant
Attorney General, Richmond, Virginia, for
Appellees.

Before SHEDD and DIAZ, Circuit
Judges, and DAVIS, Senior Circuit Judge.

Unpublished opinions are not binding
precedent in this circuit.

PER CURIAM:

Darnell M. Cleaton seeks to appeal the
district court's order dismissing as untime-
ly his 28 U.S.C. § 2254 (2012) petition. The
order is not appealable unless a circuit
justice or judge issues a certificate of ap-
pealability. 28 U.S.C. § 2253(c)(1)(A)
(2012). A certificate of appealability will
not issue absent "a substantial showing of
the denial, of a constitutional right." 28
U.S.C. § 2253(c)(2) (2012). When the dis-
trict court denies relief on the merits, a
prisoner satisfies this standard by demon-
strating that reasonable jurists would find
that the district court's assessment of the
constitutional claims is debatable or
wrong. Slack v. McDaniel, 529 U.S. 473,
484, 120 S.Ct. 1595, 146 L.Ed.2d 542
(2000); see Miller-El v. Cockrell, 537 U.S.
322, 336-38, 123 S.Ct. 1029, 154 L.Ed.2d
931 (2003). When the district court denies
relief on procedural grounds, the prisoner
must demonstrate both that the dispositive
procedural ruling is debatable, and that
the petition states a debatable claim of the
denial of a constitutional right. Slack, 529
U.S. at 484-85, 120 S.Ct. 1595.

We have independently reviewed the
record and conclude that Cleaton has not
made the requisite showing. Accordingly,
we deny a certificate of appealability, deny
leave to proceed in forma pauperis, and
dismiss the appeal. We dispense with oral
argument because the facts and legal con-
tentions are adequately presented in the
materials before this court and argument
would not aid the decisional process.

DISMISSED